IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 19-cv-00217-LTB

ANDREW J. O'CONNOR,
MARY E. HENRY,

    Plaintiffs,

v.

COLORADO SUPREME COURT,
ATTORNEY REGULATION COUNSEL,
COLORADO ATTORNEY GENERAL'S OFFICE,
COLORADO SECRETARY OF STATE'S OFFICE,
JUSTIN MOORE,
CYNTHIA COFFMAN,
MELODY MIRBABA,
SUZANNE STAIERT,
JASON DUNN, individually and severally,

    Defendants.

## JUDGMENT

Pursuant to and in accordance with the Order of Dismissal entered by Lewis T. Babcock, Senior District Judge, on March 5, 2019, it is hereby

ORDERED that Judgment is entered in favor of Defendants and against Plaintiffs.

DATED at Denver, Colorado, this 5 day of March, 2019.

          FOR THE COURT,

          JEFFREY P. COLWELL, Clerk

          By: s/ *A. Garcia Garcia*
              Deputy Clerk